## MEYER v. POWELL.

(Supreme Court, Appellate Term. January 23, 1899.)

APPEAL—SUFFICIENCY OF EVIDENCE.

　　A judgment on conflicting evidence will not be disturbed on appeal.

Appeal from municipal court, borough of Manhattan, First district.

Action by Anton H. Meyer against Valerie L. D. Powell. Judgment for plaintiff, and defendant appeals. Affirmed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

J. Alexander Koones, for appellant.
Rabe & Keller, for respondent.

PER CURIAM. There was evidence enough in this case to support a conclusion that the note in question was indorsed by the

defendant for the purpose of giving credit to the maker with the payee, and that the maker received the amount of the note from the payee after such indorsement had been made. It is true that there was some conflict in the evidence, but it was the function of the trial justice to resolve this, and, he having found in favor of the plaintiff, we do not think that we would be justified in reversing his action. The facts having been found for the plaintiff, judgment in his favor necessarily followed.

Judgment affirmed, with costs.